# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) KIMBERLY A. WARD,<br>   Plaintiff,<br><br>vs.<br><br>1) SECURITAS SECURITY SERVICES<br> USA, INC.<br><br>   Defendant. | Case No. 14-CV-544-TCK-PJC |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED BY AND BETWEEN the Plaintiff, Kimberly A. Ward and the Defendant, Securitas Security Services USA, Inc., (collectively "Parties"), by and through their respective attorneys of record, that the above styled cause of action, including all claims and affirmative defenses is hereby and herein dismissed pursuant to the Fed. R. Civ. P. Rules 41(a)(1)(A)(ii).

The Parties, by filing this Joint Stipulation of Dismissal with Prejudice advise the Court that all issues between the Parties to the present litigation have been fully and finally resolved and each Party will bear its own attorneys fees and costs.


Approved and Agreed to By:


/s/Daniel E. Smolen
Daniel E. Smolen, OBA #19943
Lauren G. Lambright, OBA #22300
SMOLEN, SMOLEN & ROYTMAN, PLLC
701 S. Cincinnati Avenue
Tulsa, OK 74119
 P:  (918) 585-2667  F: (918) 585-2669
**ATTORNEYS FOR PLAINTIFF**

-2-

/s/ Kathy R. Neal_____
Kathy R. Neal, OBA No. 674
Courtney Bru, OBA No. 21115
McAfee & Taft, P.C.
1717 S. Boulder, Ste. 900
Tulsa, OK  74119
(918) 574-3020/(918) 574-3120 (Facsimile)
kathy.neal@mcafeetaft.com
**ATTORNEYS FOR DEFENDANT**